UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAOUF, | No. 2:25-cv-1724 CKD P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff, a state prisoner at California Substance Abuse Treatment Facility, has filed a document complaining about conditions of confinement. No pleadings have been filed. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file an application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity to file his complaint, and to submit an application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the

---

[1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the $405 filing fee but will be allowed to pay it in installments.

1

1  complaint must bear the docket number assigned this case.  Plaintiff shall also submit, within
2  thirty days, the application to proceed in forma pauperis on the form provided by the Clerk of
3  Court, or the filing fee in the amount of $405.00.[2]  Plaintiff's failure to comply with this order
4  will result in a recommendation that this matter be dismissed.
5     2.  The Clerk of the Court is directed to send plaintiff the court's form for filing a civil
6  rights action, and the application to proceed in forma pauperis by a prisoner.
7  Dated:  June 23, 2025

   CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

12  1/hh
    raou1724.nocompl

---

[2]  The $405.00 is comprised of the $350.00 filing fee and a $55.00 administrative fee.  If plaintiff is granted leave to proceed in forma pauperis, plaintiff is not required to pay the $55.00 administrative fee.

2