UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH RAOUF,

        Plaintiff,

  v.

UNKNOWN,

        Defendants.

No. 2:25-cv-1724 DJC CKD P

ORDER

    Plaintiff, is a state prisoner proceeding pro se. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On August 6, 2025, the Magistrate Judge filed findings and recommendations herein which were served on plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

    The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The Magistrate Judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the Court finds the findings and recommendations to be supported by the record and by the Magistrate Judge's

analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 6, 2025, are adopted in full;
2. This matter is dismissed without prejudice; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE